UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT (JIM) COFFARO, JR., <br><br> Plaintiff, <br><br> v. <br><br> BETTER BUSINESS BUREAU OF CENTRAL CALIFORNIA, INC., <br><br> Defendant. | Case No. 1:25-cv-00013-KES-EPG <br><br> ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE <br><br> (ECF No. 13). |

On November 25, 2025, the parties filed a joint stipulation dismissing this action with prejudice. (ECF No. 13). In light of the parties' stipulation, this action has been terminated with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 1, 2025**           /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

1